ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Colonna's Shipyard, Inc. ) | ASBCA No. 61736 |
| ) | |
| Under Contract No. N40027-17-C-0035 ) | |

APPEARANCE FOR THE APPELLANT:    Donald C. Holmes, Esq.
J. Travis Pittman, Esq.
  Holmes, Pittman & Haraguchi, LLP
  Greensboro, MD

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
David B. Stinson, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

By motion dated March 25, 2019, appellant moved to dismiss this appeal under Board Rule 18(b). The government does not object to the motion. Accordingly, this appeal is hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: March 28, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61736, Appeal of Colonna's Shipyard, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals